IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ALEXANDRA GILHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 20-cv-00622-BP |
| vs. ) | |
| ) | |
| STATE FARM MUTUAL ) | |
| AUTOMOBILE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, plaintiff and defendant, by and through their respective counsel, and hereby stipulate to the dismissal with prejudice of the above-captioned cause and all claims stated therein, with each party to bear her or its own costs.

| | |
|---|---|
| /s/ Joseph R. Hillebrand | /s/ Mimi E. Doherty |
| Joseph R. Hillebrand, Esq. | Mimi E. Doherty, #35091 |
| Michael Kopit, Esq. | DEACY & DEACY, LLP |
| Brown & Crouppen, PC | 920 Main Street, Suite 1000 |
| 211 N. Broadway, Suite 1600 | Kansas City, MO 64105-2010 |
| St. Louis, MO 63102 | Telephone: (816) 421-4000 |
| Telephone: (314) 421-0216 | Facsimile: (816) 421-7880 |
| Facsimile: (314) 421-0359 | med@deacylaw.com |
| pipleadings@getbc.com | ATTORNEYS FOR DEFENDANT |
| JoeH@getbc.com | |
| MichaelK@getbc.com | |
| ATTORNEYS FOR PLAINTIFF | |