# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA GILHAM, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Case No. 20-cv-00622-BP |
| vs. | ) |
| | ) |
| STATE FARM MUTUAL | ) |
| AUTOMOBILE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
|    Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 3rd day of December 2020, the parties herein having filed a Stipulation For Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each party to bear its own costs.

                                              AT THE DIRECTION OF THE COURT

                                              Paige Wymore-Wynn, Clerk of Court
                                                **/s/ Kelly McIlvain**
                                                Deputy Clerk

Date: December 11, 2020